IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-32 |
| | ) | (PHILLIPS/GUYTON) |
| STEVE SHIPLEY, | ) | |
| JEREMY ROBBINS, | ) | |
| DIANE SHANDS ROBBINS, | ) | |
| WILLIAM S. DENTON, III, | ) | |
| VAIRAME TEDESCO, | ) | |
| ERIC WATSON, | ) | |
| ANDREW SEATON, and | ) | |
| SIDNEY DOUGLAS ADAMS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. On July 5, 2005, the Court conducted a discovery conference in chambers. Assistant United States Attorney Hugh Ward was present on behalf of the government. Defense counsel Richard Gaines and Jonathan Cooper appeared on behalf of all defense counsel.[1] Mr. Gaines and Mr. Cooper reported that defense counsel continued to have an issue with receipt of discovery that the government had provided to codefendants. AUSA Ward stated that all discovery with the exception of coconspirator and witness statements and discovery that the government would later receive in its ongoing investigation in this case was available through Drug Enforcement Agent

---

[1] At the June 17, 2005 hearing, defense counsel selected Mr. Gaines and Attorney Lisa Hatfield to speak to discovery issues. Mr. Cooper replaced Ms. Hatfield in this capacity.

Dave Lewis. He said that the government would provide notice of new discovery subsequently disclosed. The Court directed defense counsel to review the materials held by Agent Lewis and to clarify with other defense counsel which discovery items they declined to share. If discovery disputes remain after defense counsel have pursued these options, defense counsel are to contact chambers by **August 15, 2005**, to schedule another discovery conference.

    **IT IS SO ORDERED.**

                                          ENTER:

                                          s/ H. Bruce Guton
                                        United States Magistrate Judge