IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVE SHIPLEY, JEREMY ROBBINS, )<br>DIANE SHANDS ROBBINS, WILLIAM S. )<br>DENTON, III, VAIRAME TEDESCO, )<br>ERIC WATSON, ANDREW SEATON, )<br>SIDNEY DOUGLAS ADAMS, and )<br>SHEILA ADAMS, )<br>)<br>Defendants. ) | No. 3:05-CR-32<br>(PHILLIPS/GUYTON) |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate.

### I. DEFENDANT SHIPLEY'S MOTIONS

Defendant Steve Shipley has three pretrial motions pending [Docs. 88, 90, 162]. The Court finds that Defendant Shipley signed a plea agreement and entered a guilty plea on August 7, 2006. [Doc. 283]. Accordingly, Defendant Shipley's three pending motions [Docs. 88, 90, 162] are **DENIED AS MOOT**.

## II. DEFENDANT DENTON'S MOTIONS

Defendant William S. Denton, III has six pretrial motions pending [Docs. 129, 145, 146, 147, 149, 153]. The Court finds that Defendant Denton signed a plea agreement and entered a guilty plea on August 7, 2006. [Doc. 286]. Accordingly, Defendant Denton's pending motions [Docs. 129, 145, 146, 147, 149, 153] are **DENIED AS MOOT.**

## III. DEFENDANT WATSON'S MOTIONS

Defendant Eric Watson has two pretrial motions pending [Docs. 159, 181]. The Court finds that Defendant Watson signed a plea agreement and entered a guilty plea on August 8, 2006. [Doc. 292]. Accordingly, Defendant Watson's pending motions [Docs. 159, 181] are **DENIED AS MOOT**.

## IV. DEFENDANT SEATON'S MOTIONS

Defendant Andrew Seaton has two pretrial motions pending [Docs. 93, 168]. The Court finds that Defendant Denton signed a plea agreement and entered a guilty plea on February 9, 2006. [Doc. 249]. Accordingly, Defendant Seaton's pending motions [Docs. 93, 168] are **DENIED AS MOOT**.

## V. DEFENDANT SIDNEY DOUGLAS ADAMS' MOTIONS

Defendant Sidney Douglas Adams has seven pretrial motions pending [Docs. 107, 122, 133, 143, 169, 171, 205]. The Court finds that Defendant Denton has signed a plea agreement

and entered a guilty plea on August 8, 2006. [Doc. 289]. Accordingly, Defendant Sidney Douglas Adams' pending motions [Docs. 107, 122, 133, 143, 169, 171, 205] are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge