## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **3:05-CR-32** |
| **v.** | ) | **JUDGE PHILLIPS/GUYTON** |
| | ) | |
| **STEVE SHIPLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ORDER OF FORFEITURE

1.      On August 17, 2005, a Second Superseding Indictment was filed in the above-referenced case charging STEVE SHIPLEY with, among other things, in Count One, conspiracy to knowingly, intentionally, and without authority manufacture, distribute and possess with intent to distribute in excess of one-thousand (1,000) kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, and distribute and possess, with intent to distribute, hydrocodone, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1).

2.      In the Forfeiture Allegations of the Second Superseding Indictment in the above-styled case, the United States sought forfeiture of the interest of the Defendant, pursuant to Title 21 U.S.C. § 853, in, among other things, the property described below which constitutes, or was derived from, proceeds obtained, directly or indirectly, as a result of the offense charged in, among other things, Count One of the Second Superseding Indictment or was property used in any manner or part, to commit, or to facilitate the commission of said offense.

3.     On August 7, 2006, the Defendant, STEVE SHIPLEY, pled guilty to Count One charging him with violations of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C) of the Second Superseding Indictment and agreed to forfeit his interest to the United States in the properties listed below in which he hereby asserts that he is the sole and exclusive owner of the  properties and that no one else has any legal or equitable interest.

4.     The Defendant pled guilty as referenced above and agreed to forfeit to the United States his interest in the following properties:

### Currency

(a)     $92,180.00 in United States currency seized on or about March 4, 2005 from Steve Shipley's residence.

### Vehicles

(a)     1998 Chrysler Van, VIN 1C4GP54G4WB714550; and

(b)     1991 Chevrolet Truck, VIN 1GCCS14R5M8310321.

5.     On September 28, 2006, this Court entered an Agreed Preliminary Order of Forfeiture pursuant to the guilty plea entered by the defendant, STEVE SHIPLEY,  forfeiting to the United States, pursuant to 21 U.S.C. § 853, the defendant's interest in the above-referenced properties, which constitutes and are derived from proceeds obtained, directly or indirectly, as a result of the offense.

6.     Pursuant to 21 U.S.C. § 853(n)(1), and the Agreed Preliminary Order of Forfeiture, Notice of Forfeiture as to the properties described above, were published in the following newspapers:

(a)     *The Citizen Tribune*, a newspaper of general circulation in Morristown, Tennessee on three occasions: June 25, 2007;

July 2, 2007; and on July 9, 2007. Proof of publication was filed on August 16, 2007.

(b)  *The Standard Banner*, a newspaper of general circulation in Jefferson City, Tennessee on three occasions: June 26, 2007; July 3, 2007; and on July 10, 2007. Proof of publication was filed on November 5, 2007.

7.  The Notice of Forfeiture advised that any person, other than the Defendants, having or claiming a legal interest in the forfeited properties described herein, must file a petition with the Court within thirty (30) days of the final publication of the notice. The notice further provided that the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

No person, corporation, or entity has filed a claim as to the properties listed above.

It is therefore ORDERED, ADJUDGED AND DECREED:

1.  That the following properties be and the same are hereby forfeited to the United States, pursuant to 21 U.S.C. § 853(h) and all right, title and interest in said properties be and the same are hereby vested in the United States:

**Currency**

(a)  $92,180.00 in United States currency seized on or about March 4, 2005 from Steve Shipley's residence.

**Vehicles**

(a)  1998 Chrysler Van, VIN 1C4GP54G4WB714550; and

(b)  1991 Chevrolet Truck, VIN 1GCCS14R5M8310321.

2.      That the United States Marshal Service shall dispose of said forfeited properties

according to law.

3.      That the Clerk of this Court provide the United States Marshal Service and the

United States Attorney's Office with a certified copy of this Final Order of Forfeiture.


ENTER:


_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

JAMES R. DEDRICK
United States Attorney


s/ Hugh B. Ward, Jr.
HUGH B. WARD, JR.
Assistant United States Attorney